UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID SMITH, | ) |
|       Petitioner, | ) |
| v. | ) Case No. 4:19CV1913 SNLJ |
| STANLEY PAYNE, | ) |
|       Respondent. | ) |

## **MEMORANDUM AND ORDER**

Plaintiff, pro se, has filed a petition for habeas corpus with this Court. He has filed two motions, both titled "Petition for Writ of Mandamus" (#9, #15).

Generally, plaintiff states that he is unable to get copies of motions, comply with Court rules, or access the law library (#15), and is unable to listen to or mail to this Court compact discs that apparently contain witness statements or other evidence (#9).

Respondent has not responded to these motions. The Court will grant the motions in part by ordering respondent to file a memorandum responding to these petitions.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motions for writs of mandamus (#9, #15) are GRANTED in part.

Dated this 4th day of March, 2020.

                                                _____
                                                STEPHEN N. LIMBAUGH, JR.
                                                UNITED STATES DISTRICT JUDGE